1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
6                        SAN JOSE DIVISION
                                                    *E-FILED - 8/17/06*
7  _____
   CATHERINE WELLS, CLARENCE          )
8  WELLS, and JAMES WELLS,            )
                                      )     CIV. NO.  C06-03511 RMW
9           Plaintiff,                )
                                      )     **STIPULATION TO MEDIATE,**
10          v.                        )     **and [PROPOSED] ORDER**
                                      )
11 GC SERVICES LIMITED PARTNERSHIP    )
                                      )
12                                    )
            Defendants.               )
13 _____)

14      The parties stipulate to mediation as a form of ADR.

15 Date: 8/11/06

16 **/s/Ronald Wilcox**
   Ronald Wilcox, for plaintiffs
17
   **/s/Larissa Nefulda**
18 Larissa Nefulda, for defendants
                                    **[Proposed] ORDER**
19
   Pursuant to the stipulation the parties are ORDERED to mediation.
20

21 Date:
     /s/ Ronald M. Whyte        8/17/06
22 Hon. Ronald M. Whyte,
   U.S. District Court Judge
23

24

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California.

    I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045. I am employed at that address at the firm of Carlson, Messer & Turner, LLP.

    On August 11, 2006, I served the foregoing document(s) described as:

**STIPULATION TO MEDIATE, AND [PROPOSED] ORDER** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    **SEE ATTACHED SERVICE LIST**

[X]  **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson, Messer & Turner LLP. I am "readily familiar" with the business practices of Carlson, Messer & Turner LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]  **BY FACSIMILE:** On the date set forth below, at approximately ____ p.m., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[ ]  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 11th day of August, 2006, at Los Angeles, California.

                                                            */s/ Linda Brooks*
                                                            Linda Brooks

05517.00:123814                                   1

<u>Case Name</u>
*Catherine Wells, et al v. GC Services Limited Partnership*

Our File No. 05517.00

**Ronald Wilcox, Esq.**
**2160 The Alameda, First Floor,**
**Suite F**
**San Jose, CA 95126**

**Tel:  (408) 296-0400**
**Fax:  (408) 296-0486**

**Attorney for Plaintiff**
**Catherine Wells**

05517.00:123814

2