*E-filed 5/9/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CATHERINE WELLS, et al.,

        Plaintiffs,

   v.

GC SERVICES LIMITED PARTNERSHIP,

        Defendant.

_____/

No. C06-03511 RMW HRL

**ORDER RE: SEALING**

**[Re: Docket No. 38]**

    The court has reviewed the multiple documents submitted in connection with plaintiff's administrative motion to file under seal the spreadsheet exhibit ("Exhibit 1") filed by plaintiffs in support of their reply concerning their motion to quash subpoenas.  The court concludes that the addresses and phone numbers included in the spreadsheet qualify for protection under Federal Rule of Civil Procedure 26(c).  The Clerk shall file the original document under seal. Defendant is ORDERED to submit a version of this spreadsheet, with addresses and phone numbers redacted, for electronic filing in the public record, no later than **May 23, 2007**.

//

//

//

//

//

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant seeks to file under seal Exhibit A and Exhibit B (Call Detail Search printouts and Collection Notes) to its own administrative motion to file documents under seal.  The Clerk shall file these two documents under seal.

IT IS SO ORDERED.

Dated: 5/9/07

__/s/ Howard R. Lloyd_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**Notice will be electronically mailed to:**

Peter Francis Barry pbarry@lawpoint.com, jschendel@lawpoint.com; peterbarry@comcast.net

David J. Kaminski kaminskd@cmtlaw.com

Larissa G. Nefulda NefuldaL@cmtlaw.com,

Ronald Wilcox ronaldwilcox@post.harvard.edu

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

United States District Court

For the Northern District of California