Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Peter F. Barry, Esq., 0266577 (Admitted Pro Hac Vice)
Barry & Slade, LLC
2021 E. Hennepin Are, #195
Minneapolis, Minnesota 55413
Tel:  (612) 379-8800
Fax: (612) 379-8810
pbarry@lawpoint.com

*E-FILED - 11/29/07*

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Catherine Wells, Clarence Wells, James Wells, <br><br>Plaintiffs,<br>v.<br><br>GC Services, Inc.,<br><br>Defendants. | Court File No. 06-03511 RMW <br><br> **STIPULATION OF DISMISSAL OF ALL CLAIMS MADE BY PLAINTIFF JAMES WELLS ONLY, AND [] ORDER** |
|---|---|

### STIPULATION OF DISMISSAL OF ALL CLAIMS MADE BY PLAINTIFF JAMES WELLS ONLY

**WHEREAS** on August 4, 2007, during the pendency of this action Plaintiff James Wells died in a motorcycle accident in San Francisco, California;

**WHEREAS** the estate and next-of-kin of Plaintiff James Wells has chosen not to pursue the claims asserted by the late Plaintiff James Wells in this above-entitled matter;

- 2 -

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** to by the estate of Plaintiff James Wells, and by the remaining Plaintiffs and their attorneys, as well as by the Defendant and its attorney, that the all of the claims made or asserted by Plaintiff James Wells, and/or his estate in the above-entitled action against Defendants, which were originally brought by Plaintiff James Wells or which may now exist, shall be and are hereby dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party and that a Judgment of Dismissal with Prejudice of Plaintiff James Wells' and/or his estates' claims made herein, if any, may be entered in the above-entitled action.

| | |
|---|---|
| Dated: November 13, 2007 | Dated: November 13, 2007 |
| **BARRY & SLADE, LLC** | **CARLSON & MESSER** |
| By:  s/Peter F. Barry<br>Peter F. Barry, Esq.<br>Attorney ID #0266577<br>2021 East Hennepin Ave, Suite 195<br>Minneapolis, Minnesota 55413-2700<br>Telephone:  (612) 379-8800<br>Facsimile: (612) 379-8810<br>pbarry@lawpoint.com<br><br>Ronald Wilcox, Esq., State Bar No. 176601<br>2160 The Alameda, Suite F, First Floor<br>San Jose, CA 95126<br>Tel: (408) 296-0400<br>Fax: (408) 296-0486<br>ronaldwilcox@post.harvard.edu | By: /s/Charles Messer, Esq.<br>Charles Messer, Esq.<br>Larissa Nefulda, Esq.<br>CARLSON & MESSER LLP<br>5959 W. Century Boulevard<br>Suite 1214<br>Los Angeles, California 90045<br>Telephone:     310-242-2200<br>Facsimile:       310-242-2222 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Catherine Wells, Clarence Wells, James Wells,<br><br>Plaintiffs,<br>v.<br><br>GC Services, Inc.,<br><br>Defendants. | Court File No. 06-03511 RMW<br><br>[]<br><br>**ORDER** |

Based on the above Stipulation of Dismissal filed herewith, this Court hereby orders that the deceased Plaintiff James Wells' Complaint, and any remaining claims of the estate of Plaintiff James Wells against Defendant or its employees or its agents, shall be, and hereby are dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 11/29/07

*Ronald M. Whyte*

Honorable Judge Ronald M. Whyte
United States District Court