Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Peter F. Barry, Esq., 0266577 (Admitted Pro Hac Vice)
Barry & Slade, LLC
2021 E. Hennepin Are, #195
Minneapolis, Minnesota 55413
Tel: (612) 379-8800
Fax: (612) 379-8810
pbarry@lawpoint.com

ATTORNEYS FOR PLAINTIFFS

*E-filed 1/7/08*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Wells, Clarence Wells,<br><br>Plaintiffs,<br>v.<br><br>GC Services, Inc.,<br><br>Defendants. | Court File No. 06-03511 RMW<br><br>**STIPULATION<br>AND<br>ORDER** |

### STIPULATION

**WHEREAS** Defendant has filed a Motion now pending before the Court to compel Plaintiff Catherine Wells to answer certain questions regarding previous creditors and their collection efforts related to pre-bankruptcy credit accounts belonging to Plaintiff Catherine Wells;

**WHEREAS** Plaintiff through her counsel has made various objections to these questions and their potential answers, including, but not limited to, relevance, amongst other objections;

WHEREAS Plaintiffs herein have also raised certain issues with respect to alleged the procedural deficiencies of Defendant's filing of the aforesaid motion;

WHEREAS both Plaintiffs and Defendant now desire to fully resolve their various disputes with respect to these matters;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and the Defendant and their attorneys, that:

1. The Defendant's pending Motion to Compel the Continued Deposition of Catherine Wells is now withdrawn without prejudice and the matter shall be immediately stricken from the Court's calendar.

2. No further response or filings shall be allowed or due in this matter from either party;.

3. To the extent of her personal knowledge and recollection, Plaintiff Catherine Wells will appear and give testimony with respect to and limited to the identity of the pre-bankruptcy creditor, the written and telephonic credit and collections activities of pre-bankruptcy creditors, including the identity of the caller, for the period between January 1, 2004 through the date of her bankruptcy filing, September 30, 2005.

4. This continued deposition of Plaintiff Catherine Wells shall occur in San Jose, California and will be defended by Attorney Ronald Wilcox or such other counsel, as the Plaintiffs may desire.

5. This continued deposition shall occur at a mutually agreeable date and time, subject to the parties and counsel's schedules, but in any event to take place before January 31, 2008.

6. Defendant's counsel may appear in person or by telephone for this continued deposition.

7. Defendant's counsel will arrange for an appropriate court reporter and necessary venue for the aforementioned deposition and provide adequate written notice of the taking of this deposition.

Dated: January 3, 2008

**BARRY & SLADE, LLC**

By: s/Peter F. Barry
Peter F. Barry, Esq.
Attorney ID #0266577
2021 East Hennepin Ave, Suite 195
Minneapolis, Minnesota 55413-2700
Telephone: (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com

Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEYS FOR PLAINTIFFS**

Dated: January 3, 2008

**CARLSON & MESSER**

By: s/Charles Messer
Charles Messer, Esq.
Larissa Nefulda, Esq.
CARLSON & MESSER LLP
5959 W. Century Boulevard
Suite 1214
Los Angeles, California 90045
Telephone: 310-242-2200
Facsimile: 310-242-2222

**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Wells, Clarence Wells, James Wells,<br><br>Plaintiffs,<br>v.<br><br>GC Services, Inc.,<br><br>Defendants. | Court File No. 06-03511 RMW<br><br><br>**ORDER** |

Based on the above Stipulation filed herewith, this Court hereby orders that the Defendant's Motion to Compel Plaintiff Catherine Wells Testimony is hereby withdrawn and shall be stricken from the Court's calendar. Plaintiffs shall produce Plaintiff Catherine Wells for her continued deposition pursuant to the terms of the parties stipulation filed herein.

**IT IS SO ORDERED.**

Dated: 1/7/08

Honorable Mag. Judge Howard R. Lloyd
United States District Court