1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

5               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
6                    SAN JOSE DIVISION         *E-FILED - 3/27/08*

7  CATHERINE WELLS, CLARENCE           )
   WELLS, and JAMES WELLS,             )
8                                      )   CIV. NO.  C06-03511 RMW
              Plaintiff,               )
9                                      )   STIPULATION TO WITHDRAW
         v.                            )   MOTION TO ENFORCE SETTLEMENT,
10                                     )   DISMISS, VACATE 3/28/08 CMC, and
                                           [Proposed] ORDER
11 GC SERVICES LIMITED PARTNERSHIP     )
                                       )
12            Defendants.              )
                                       )
13 _____

        Defendants have concluded the settlement reached by the parties at the recent settlement
14
   conferences.  The parties hereby agree to withdraw the Motion to Enforce Settlement, Dismiss
15
   the action with prejudice, and vacate the March 28, 2008 Case Management Conference.
16
   Date: 3/25/08
17
   /s/ Ronald Wilcox
18 Ronald Wilcox, for plaintiffs

19 /s/ Charles Messer  3/25/08
   Charles Messer, for defendant
20                              [Proposed] ORDER

21 Pursuant to the stipulation of the parties, IT IS SO ORDERED.

22 Date: /s/ Ronald M. Whyte         Date: 3/27/08
23 HON. ~~EXTRXMXBXXK~~
   ~~UXX MAGISTRATE JUDGE~~
24    Ronald M. Whyte
      U.S. District Judge

                                        1