1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CATHERINE WELLS, et al.,

    Plaintiff,

    -v-

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

*__E-FILED - 6/18/08__*

CASE NO.: C-06-03511-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that plaintiff's trial exhibits 100-102 lodged with the court on February 7, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED:  June 18, 2008

_____

RONALD M. WHYTE
United States District Judge

1

2

3  Copy of Order E-Filed to Counsel of Record:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28